IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

PAUL D. MYERS,

                                                    Case No. 3:07 CV 1529
                              Plaintiff,

     -vs-                                           MEMORANDUM  OPINION
                                                        AND   JUDGMENT
DONALD R. HENSLEY, et al.,

                              Defendant.

KATZ, J.

       Before the Court is the Report and Recommendation of the Magistrate Judge filed August 20, 2010

in the above-entitled action. Under the relevant statute:

       Within ten days after being served with a copy, any party may serve and file written
       objections to such proposed findings and recommendations as provided by rules of court.
       A judge of the court shall make a de novo determination of those portions of the report or
       specified proposed findings or recommendations to which objection is made.

28 U.S.C. § 636(b)(1)(C) (1982).  In this case, the ten-day period has elapsed and no objections have been

filed.  The failure to file written objections to a Magistrate Judge's report and recommendation constitutes a

waiver of a de novo determination by the district court of an issue covered in the report. Thomas v. Arn, 728

F.2d 813 (6th Cir. 1984) affirmed, 474 U.S. 140 (1985); see United States v. Walters, 638 F.2d 947 (6th Cir.

1981).

       The  Court has reviewed the Magistrate Judge's Report and Recommendation, and adopts that

Report and Recommendation in its entirety.   Defendants motion for summary judgment is granted

       IT IS SO ORDERED.

                                                    __S/ David A. Katz____
                                                    DAVID A. KATZ
                                                    U. S. DISTRICT JUDGE